# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL TERRY, | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S)<br>v. | ED CV 16-1563-VBF(E) |
| UNITED STATES, | ORDER RE REQUEST TO PROCEED<br>*IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____        _____
Date                                          United States Magistrate Judge

IT IS RECOMMENDED that the Request to Proceed *In Forma Pauperis* be DENIED for the following reason(s):

- [x] Inadequate showing of indigency
- [x] District Court lacks jurisdiction
- [x] Legally and/or factually patently frivolous
- [ ] Immunity as to _____
- [ ] Other: _____

Comments: See Attachment.

7/20/16        _____
Date                     United States Magistrate Judge

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:
The Clerk SHALL TERMINATE AND CLOSE this case (JS-6).
- [ ] GRANTED
- [x] DENIED (see comments above). IT IS FURTHER ORDERED that this case is hereby:
- [x] DISMISSED.
- [ ] REMANDED.

This action is dismissed with prejudice, without leave to amend.

Wednesday, July 27, 2016        *Valerie Baker Fairbank*
Date                                                  United States District Judge

CV-73 (03/16)        ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*

## ATTACHMENT

## NO. ED CV 16-1563-VBF(E)

On four previous occasions, this Court refused to allow Mr. Terry to proceed on frivolous and delusional allegations substantially identical to the allegations contained in the present Complaint. See <u>Michael Terry v. United States</u>, ED CV 14-1881-VBF(E); <u>Michael Terry v. United States</u>, ED CV 14-01604; <u>Michael Terry v. United States</u>, ED CV 14-758; <u>Michael Terry v. United States of America</u>, ED CV 13-0478-UA(RZ). Contrary to Mr. Terry's apparent argument, the supposedly "new evidence" referenced in the present proposed Complaint fails to "mak[e] this case not frivolous, false or nonsense like prior cases" (Complaint at 6).